UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ERIC J. MAPES | § | |
| | § | |
| vs. | § | NO:   MO:18-CV-00170-DC |
| | § | |
| THE STATE OF TEXAS | § | |

## FINAL JUDGMENT

On this day, the Court entered an Order dismissing Plaintiff's case for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Proceed *ifp* is granted, his Motion for Appointment of Counsel is denied, and his case is both denied and dismissed with prejudice to it being asserted again until the *Heck v. Humphrey* conditions are met**,** with parties to bear their own costs**.**

It is **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED.**

SIGNED this 1st day of October, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE